IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GRIDIRON MANAGEMENT GROUP LLC, and JEFFREY SPROWLS,** | CASE NO. 8:12CV3128 |
| Plaintiffs, | |
| vs. | ORDER |
| **ALLEN WRANGLERS, THOMAS BENEZIO, and PATRICK PIMMEL,** | |
| Defendants. | |

This matter is before the Court on the Joint Motion and Stipulation of Dismissal With Prejudice (Filing No. 61) filed and signed by the Plaintiffs and Defendant Thomas Benezio ("Benezio"),[1] seeking to dismiss all of the Plaintiffs' claims against Benezio with prejudice. Defendant Patrick Pimmel has notified the Court that he does not oppose the motion and stipulation. (Filing No. 63.) Under Federal Rule of Civil Procedure 41, the Court finds that the motion should be granted. Accordingly,

IT IS ORDERED that the Joint Motion and Stipulation of Dismissal With Prejudice (Filing No. 61) is granted, as follows:

1. All of the Plaintiffs' claims against Defendant Thomas Benezio are dismissed, with prejudice;

2. Pursuant to the terms of the parties' settlement agreement, all parties are to bear their own costs and attorneys' fees; and

---

[1] The Court notes that the Plaintiffs' Complaint and the case caption reflects a different spelling for Benezio's name than the body of the present motion and stipulation, which reflects the spelling "Benizio." The Court will use the spelling contained in the Plaintiffs' Complaint and in the case caption.

2

3.	The Clerk of the Court is directed to remove Defendant Thomas Benezio's name from the case caption.

Dated this 30th day of July, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge