IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GRIDIRON MANAGEMENT GROUP LLC, and JEFFREY SPROWLS,** | ) ) ) ) | |
| Plaintiffs, | ) ) ) | 8:12CV3128 |
| V. | ) ) | ORDER |
| **ALLEN WRANGLERS, and PATRICK PIMMEL,** | ) ) ) | |
| Defendants. | ) | |

Pursuant to the discussion had during the status conference today,

**IT IS ORDERED:**

1. Plaintiffs' Motion for Leave to File an Amended Complaint and Add a Party (filing 47) is deemed withdrawn.

2. Plaintiffs' Unopposed Renewed Motion for Leave to File an Amended Complaint and Add a Party (filing 66) is granted. Plaintiffs shall file their Amended Complaint by or before August 5, 2013.

**DATED August 2, 2013.**

BY THE COURT:

**S/ F.A. Gossett
United States Magistrate Judge**