IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRIDIRON MANAGEMENT GROUP LLC, JEFFREY SPROWLS, | ) ) ) ) | Case No. 8:12cv3128 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** |
| PATRICK PIMMEL, SUNJACK FOOTBALL, LLC, | ) ) ) ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge by Michael Mullen and David Slaby, counsel for the parties,

**IT IS ORDERED:**

1. On or before **September 2, 2014,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The pretrial conference set for August 1, 2014, is cancelled upon the representation that this case is settled.

Dated: July 31, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge