IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GRIDIRON MANAGEMENT GROUP LLC, and JEFFREY SPROWLS,<br><br>      Plaintiffs,<br><br>vs.<br><br>PATRICK PIMMEL, and SUNJACK FOOTBALL, LLC,<br><br>      Defendants. | CASE NO. 8:12CV3128<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Stipulation of Dismissal with Prejudice (Filing No. 106). The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court finds that it should be approved and the above-captioned case should be dismissed without prejudice. The Plaintiffs have informed the Court that this case may also be dismissed as to Defendant Sunjack Football LLC d/b/a Allen Wranglers, who did not appear in this matter. Each party will bear its own costs and attorney's fees.  Accordingly,

IT IS ORDERED:

1. The Parties' Stipulation of Dismissal without Prejudice (Filing No. 106) is approved;

2. The above-captioned case is dismissed with prejudice; and

3. The parties will bear their own costs and attorney's fees.

Dated this 28th day of August, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge